UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| JULIE BELK and SHARON HICKS, | ) |
| *Plaintiffs*, | ) |
| v. | ) Case No. 1:04-cv-182 |
| WINN-DIXIE MONTGOMERY, INC., | ) Judge Mattice |
| *Defendant*. | ) |

## ORDER

The Parties' Response to the Court's Show Cause Order (Court Doc. 15) is presently before the Court. The instant case has been subject to the automatic stay provisions in the United States Bankruptcy Code since March 1, 2005. (Court Doc. 12.) On March 1, 2010, the Court issued a Show Cause Order, which notified the parties that the underlying bankruptcy proceeding closed. (Court Doc. 14.) The Court's Show Cause Order also required the parties to provide it any basis upon which the instant case should not be dismissed for failure to prosecute. In response to this Show Cause Order, the parties have notified the Court that they believe the case should be dismissed. Accordingly, the instant case is **DISMISSED WITH PREJUDICE.**

The Clerk is directed to close this case file.

SO ORDERED this 17th day of May, 2010.

                                    */s/Harry S. Mattice, Jr.*
                                  HARRY S. MATTICE, JR.
                              UNITED STATES DISTRICT JUDGE